372 A.2d 439

Portugese Star Concrete, Inc., Appellant, v. The Gambone Bros. Development Co., Inc.

Argued December 7, 1976. Walter L. Ferst, with him Weinstein & Factor, for appellant; Joseph W. Lonergan, with him Michael D. Marino, for appellee.

Order affirmed and supersedeas dissolved.

372 A.2d 439

Randazzo, et ux. v. Horizon Real Estate Investment Corporation, Appellant.

Submitted September 20, 1976. Anthony J. Caiazzo, for appellant; D. M. Masciantonio, for appellees.

Judgment affirmed.